IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-60646
Summary Calendar
_____

BRYCE DALLAS,

Plaintiff-Appellant,

versus

COPIAH COUNTY BOARD OF SUPERVISORS;
TOMMY JACKSON; KENNETH McLENDON,
Sheriff of Copiah County; MELVIN
CHANDLER, Jail Administrator;
JOE DOE, Present Jail Administrator;
ERVIN KELLY, Member of the Copiah
County Board of Supervisors;
TONY SMITH, Member of the Copiah
County Board of Supervisors; JOHN M.
HALL, Member of the Copiah County
Board of Supervisors; WINFRED HAMMOCK,
Member of the Copiah County Board of
Supervisors,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 3:92-CV-661-BN
_____
October 13, 1997
Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Bryce Dallas appeals the district court's judgment for the

defendants in his civil rights suit.  He argues that his conditions

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of confinement in a county jail were unconstitutional, that the jail failed to protect him from attacks by other inmates, and that he was denied adequate medical care.  We have reviewed the record and AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court.  <u>Dallas v. Copiah County Bd. of Supervisors</u>, No. 3:92-CV-661-BN (S.D. Miss. Sept. 29, 1995).

A F F I R M E D.